AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division



Ryan Jones

v.

Chicago Police Officer Martin McMeel et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 06 C 156

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that all of the claims of plaintiff, Ryan Jones, against defendants, City of Chicago, Officers Martin McMeel and Frank Sarabia, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees. The Court retains jurisdiction to enforce the provisions of the Release and Settlement Agreement.

Michael W. Dobbins, Clerk of Court

Date: 10/16/2006

Stephen C. Zokoph, Deputy Clerk